Jeremy M. Francis#1913681
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

Court Of Criminal Appeals of Texas
Clerk of the Court
P.O. Box 12308
Austin, Tx 78711

RE: PD-0860-15

Dear Clerk:

I placed my PDR in the prison mailbox on 09-18-2015. I recieved a card from your office saying it had been filed on 10-16-2015, almost a month later. I recied a card on 10-28-2015 saying my PDR had been dismissed as untimely. Imailed my PDR timely, I am not responsible for any errors by the prison mailroom, if they are responsible for this. Is there anyway that I can get this error corrected. Your assistance in this matter would be greatly appreciated.

Thank you,

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Jeremy Francis 1913681
Telford Unit
3899 St Hwy 98
New Boston Tx 75570

* Legal Mail *

SHREVEPORT LA 710
19 NOV 2015 PM 2 L

FOREVER

78711230008

Court of Criminal Appeals of Tx
Clerk of the Court
P.O. Box 12308
Austin, Tx 78711